

NUMBER 13-16-00238-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROY HOOT GIBSON,                                    Appellant,

v.

THE STATE OF TEXAS,                                 Appellee.

On Appeal from the 36th District Court
of San Patricio County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

Appellant, Roy Hoot Gibson, has filed a notice of appeal with this Court from his conviction in trial court cause number S-15-3227CR. The trial court's certification of the defendant's right to appeal shows this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On April 27, 2016, we ordered appellant's counsel, Joel H. Thomas, to, within thirty days, review the record and advise this Court as to whether appellant has a right to appeal. *See* TEX. R. APP. P. 44.3, 44.4. Counsel's response indicates appellant filed a motion for new trial alleging his plea was involuntary due to his incompetence to stand trial. The trial court denied the motion for new trial following a hearing where appellant introduced evidence as to the involuntariness of his plea. Counsel asserts appellant has the right to appeal the trial court's denial of his motion for new trial. Counsel advises this Court that there is no amended or additional certification.

Therefore, we ABATE this appeal and REMAND this cause to the trial court for a hearing to determine whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's amended certification, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed this
the 27th day of May, 2016.